UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SAMUEL GALBRAITH | CIVIL ACTION NO. |
| VERSUS | |
| TIMOTHY HOOPER, ET AL. | 19-181-JWD-EWD |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 9, 2022, (Doc. 16), to which an objection, (Doc. 17) was filed and considered;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus, (Doc. 1) is **GRANTED.**

**IT IS FURTHER ORDERED** that Petitioner is released on parole within thirty (30) days, subject to the original conditions of his parole granted on November 3, 2016 found in R. Doc. 15-2, p. 177, including: "approval of residence," "low static 99 score," "approval of out of state plan," "no contact with victims or family," "no travel to Louisiana without approval of the parole office," and "perform community service speaking to at risk youth twice per year."

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 28, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**